PS 8 (3/15)    Case 1:23-cr-02037-SAB    ECF No. 241    filed 07/11/24    PageID.711    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 11, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.     Zack, Andrew Norris     Docket No.     0980 1:23CR02037-SAB-7

### Petition for Action on Conditions of Pretrial Release

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Andrew Norris Zack, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 21st day of July 2023, under the following conditions:

**Special Condition #8**: GPS Monitoring: Defendant shall participate in a program of GPS location monitoring. Defendant shall wear, at all times, an electronic device under the supervision of the United States Probation/Pretrial Services Office. In the event Defendant does not respond to location monitoring or cannot be found, the United States Probation/Pretrial Services Office shall forthwith notify the United States Marshals Service, who shall immediately find, arrest, and detain the defendant.

**Special Condition #9**: Home Incarceration: Defendant shall be restricted to his residence at all times, except for medical necessities and court appearances or other activities specifically approved by the Court. Defendant may attend substance abuse testing and treatment as deemed appropriate by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 20, 2023, and August 4, 2023, conditions of pretrial release supervision were reviewed verbally with Mr. Zack. Per the District of Oregon, during both reviews of the conditions, he acknowledged an understanding.

**Violation #1:** Mr. Zack is in violation of his pretrial release not complying with home incarceration and leaving his residence without permission on July 6, 2024.

On July 21, 2023, Mr. Zack was released from custody onto Global Positioning Satellite (GPS) with home incarceration to the District of Oregon. Per his release conditions, he was ordered to remain inside his residence at all times except for approved activities as noted above in special condition number 9.

On July 9, 2024, this officer received an email from Mr. Zack's supervising officer in the District of Oregon, which included a screen shot of the B.I. Total Access monitoring program (utilized to map Mr. Zack's daily whereabouts), dated July 6, 2024, and a Hood River County Sheriff's Office incident report dated July 5, 2024.

Per the supervising officer, he made telephone contact with Mr. Zack, who admitted he had police contact with the Hood River County Sheriff's Office and Cascade Locks fire department on July 5, 2024, due to his toddler nephew escaping the home while Mr. Zack was taking a nap. The 2-year-old toddler was located by law enforcement running outside unsupervised about 300 feet from the defendant's residence. Mr. Zack was contacted by officers at the residence on July 5, 2024, but he did not leave his residence.

Per the supervising officer, on July 6, 2024, Mr. Zack's GPS points were reviewed via the B.I. Total Access monitoring program and the supervising officer observed multiple points outside of Mr. Zack's listed residence and across the street from his residence between 5:09 p.m. and 5:26 p.m. The supervising officer advised this was unusual as Mr. Zack never leaves the range of the beacon, which is located inside the residence. Mr. Zack stated on July 6, 2024, his nephew escaped again while he was taking a nap and he left the house to look for and retrieve the child. Mr. Zack stated the naps are tied to being up late smoking salmon his brother is bringing in from the Columbia River.

Re: Zack,, Andrew Norris
July 11, 2024
Page 2

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: July 11, 2024 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

July 11, 2024
Date